AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE 10/13/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ABERNATHY, JACQUELINE ABLES, AUDREY ADAMS, JOAN ADAMS, SHERRY C. ADAMS, JEANNE Y ADAMS, KATHLEEN ADAMSON, WENDY P. ALBANESE, DOROTHY ALEXANDER, JEFFEREY L. ALLEN, LARRY J ALLEN, PEGGY ALLMAN, JOAN M AMENDOLA, STEVEN APPLE, COLLETTE M. ARMSTEAD, CINDY A. ARNOLD, RITA ARVIZU, NICOLE ATKINS, KENNETH AUSTIN, LOVEJINDER S. BAHIA, BETTY A. BAILEY, BRENDA BAKER, BEVERLY BALLARD, MANUEL BANDA - VEGA, BILLY BARNHART, LARRY H BARNHILL, GONZALO BARRERA, EARNISTINE L BATISTA, BARBARA BEARD, MARSHALL A BEARD, CALVIN BEAVERS, TERRY L. BECK, KENNY BECKER, ANNIE BELK, CHRISTINA BELL, JOYCE M BELL, ROBIN BELL, DANIEL L. BERMAN, WILLIAM A. BERRESHEIM, BARRY L. BERRY, TAMMY T. BERRY, ELIZABETH H. BESSON, CHRIS BETTIOL, PAUL W. BEVAN, JAMES C BIERCE, LEOLA BILES, KENNETH D. BLACK, DAVID L. BLACKBURN, MARGARET J. BLAHA, CAROLYN BLAIR, SEAN BLOTSKY, ANTHONY L. BONNER, THELMA BOOKER-MILES, NAOMIA BOWMAN, VIKTORIA A. BOWMAN, JANET L. BRAGG, VICTORIA BRANDT, JOHN C BRAZIL, JOANNE C. BREAUX, ALTHEA BRIGGS, MICHAEL L. BRIGHAM, JOANN BROUSSARD, EDDIE S. BROWN, FREDDIE M. BROWN, REGINA M. BROWN, ROBERT A. BROWN, KIMBERLY M. BRUMLEY, JULIE E. BRUMMEL, GLORIA M. BRYANT-RESNOVER, VERONICA BUNDY, ANGELA M. BURCH, JAMES P. BURGER, DENISE E. BURGESS, MELANIE BURKET, WALTER U. BURKHART, KIMBERLY R. BURKS, KAREN BURNETTE, MASHELL BURNHAM, WALTER M. BURNINE, BEVERLY J. BURNS, ROSEANNE BURTON, DEREK BUSH, PATRICK D. | Civil Action No. _____<br><br>Jury Requested<br><br>06 CA 11845 NG<br><br>MAGISTRATE JUDGE JLA |

| | |
|---|---|
| BUSTILLOS, PAMELA R.. CAIN, BILL | § |
| CALDWELL, RITA CALLAHAN, | § |
| FELICIA D. CALLION, PAULETTE M. | § |
| CAMACHO, KATHY E. CAMP, CONNIE | § |
| CAMPBELL, LINDA M. CAMPBELL, | § |
| VERA L. CAMPBELL, DONNA L. | § |
| CAMPOS, DIANNA CANALES, MARION | § |
| E. CANTRELL, DONNA K. CARDWELL, | § |
| LILA G. CARLSON, BARBARA | § |
| CARPENTER, JIMMY D. CARPENTER, | § |
| MARY F. CARTER, SHEILA CARTER, | § |
| INIS P. CARTY, GLORIA M. CASH, | § |
| KIMBERLY H. CASORLA, MILDRED R. | § |
| CATER, SUE CATHEY, ELLA MAE | § |
| CAUSEY, ALFREDO CAYANAN, | § |
| STEVEN W. CENNAMO, VIRGINIA F. | § |
| CHANDLER, JACK CHARM, CONNIE | § |
| CHASTAIN, TRAVIS CHESSOR, | § |
| KENNETH S. CHIN, WILLIAM CHORY, | § |
| KISSRYN R. CLARK, TIMOTHY L. | § |
| CLARK, JAMES E. CLASBERRY, | § |
| DONNA CLAY-DARDEN, BRIAN | § |
| CLENDENIN, AARON COBB, | § |
| JACQULINE COHEN, SUSAN T. | § |
| COLACINO, MARIE COLE, ROBIN | § |
| COLE, JANIS E. COLEMAN, JEFFREY | § |
| COLEMAN, TONY C. COLEMAN, | § |
| BERNET COLLIER, EUGENE | § |
| COLLIER, ALICE M. COLLINS, | § |
| PAMELA COMBS, CHERYL CONLEY, | § |
| JOHN P. CONRAD, JUAN R. | § |
| CONTRERAS, ALENE COOK, GARRY | § |
| COOK, MICHAEL COOK, VIENETA | § |
| COOK, SANDRA COPPAGE, AMANDA J. | § |
| COVERT, ROBERT A. CRAIG, VICKIE | § |
| CRICK, LANA K. CRIDER, JOHN K. | § |
| CROWDER, HODGES R. CRUMB, GARY | § |
| D. CRUTCHFIELD, RUTH CUESTAS, | § |
| HERBERT CUMMINGS, PATRICIA M. | § |
| CUNNINGHAM, DEBRA CURTIS, | § |
| EARNESTINE DABBS, GARY W. | § |
| DARNELL, ANTOINETTE F. DAVIS, | § |
| JEAN DAVIS, JOHN A. DAVIS, LESTER | § |
| DAVIS, PATRICIA A. DAVIS, STEFANI | § |
| R. DAVIS, TERRELL DAVIS, DEBRA R. | § |
| DAVIS, ELIGE A. DAVISON, | § |
| ELIZABETH A. DAVISON, KERRY A. | § |
| DAWSON, ROSE DEAS-ANDERSON, | § |
| JOANN DEBORD, JULIE A. DEFORD, | § |
| GENILLA F. DELLINGER, SHEILA | § |
| DENNIS-SIMMONS, NATHANIEL DENT, | § |
| BONNIE V. DENT, ETHEL E. DICE, | § |
| CLAY DICKENS, JANET I. DICKERSON, | § |

MARY DICKERSON, KELLY J. §
DILLARD, LISS DILLON, CHARLYN B. §
DINO, JEFFERY DIUGUID, MARYANN §
DOBEY, ROBERTA DORTCH, §
CAROLYN V. DORWART, DAE §
DOUGLAS, JULIA A. DOWELL, LAURA §
DUCKWORTH, MAXINE E. DUNMIRE, §
KATHY L. DURDEL, ROBERT L. §
DURHAM, SHARON E. DUVALL, SUI E. §
DYERS, RICHARD A. EATWELL, §
RAYMELLE A. ECHOLS, HAZEL D. §
EDENS, ANNORA EDWARDS, DORIS R. §
EDWARDS, TAMMY K. EGGERS, §
GLORIA EGGERSON, TIM B. ELL, §
FRANK L. ELLIOT, BILLY ELLIOTT, §
MICHAEL ELLISON, TERESSA L. §
EMBRY-BUSTER, LEM L. ENGLAND, §
DELAURENT T. ENGLISH, JOSEPH L. §
ENGLISH, LUCILLE EPPS, KAREN §
ESKEW, PEARLA L. ESTES, JAMES P. §
ETELAMAKI, BETTY J. EVANS- §
HATCHER, BRAD EVERETT, DERICO §
L. EXSENTICO, DEBBIE L. FABER, §
SARA R. FAGG, BARBARA L. FAGIN, §
JOSEPH M. FALCONE, DAWN §
FERNAND, BARRY FIELD, MELISSA §
FLOYD, SHARON FOUTS, ERIN K. §
FRALEY, ERIC FRANKENHAUSER, §
JAMES FREDERICK, MARY B. FULL, §
CONNIE S. FYFFE, DAVID GAFFER, §
PAULA GALLAGHER, JENA B. §
GAMBLIN, JOSE A. GARCIA, FELICIA §
GASTELUM, KEVIN GATHRIGHT, §
MICHELLE M. GEIER, BILLY J. §
GENTRY, DEBRA L. GENTRY, LINDA C. §
GENTRY, TIMOTHY W. GEORGE, §
DEBRAH A. GIBSON, RONALD M. §
GIBSON, SANDRA H. GIBSON, ARTHUR §
J. GILBEAUX, VIVIAN GILBREATH, §
ASHLEY N. GILLIA, RALPH D. §
GILLIAM, PATRICIA GISSINGER, §
ANDREA L. GLEAVES, LYNN D. §
GODFREY-CONNER, DAVID C. §
GODINEZ, NORMAN GODWIN, DAVID §
GOIN, EDWARD GONZALEZ, §
ROSALINDA GONZALEZ, CORRIE N. §
GOOCH, ROSELLA T. GOOD, DANIEL S. §
GOOLSBY, JANICE L. GORDACAN, §
MARITA R. GOWIN, ROBIN D. §
GRABOWSKI, HAROLD GRANT, §
SHIRLEY C. GRANT, JANICE C. GRAY, §
JOHN C. GRAY, MARIE E. GRAY, §
DEBRA J. GREEN, WILLIAM M. GREEN, §

3

GREGORY GREENWOOD, RUTH E. §
GRIFFIN, TIMOTHY C. GRIFFIN, MARY §
J. GROVES, ANNETTE C. GUERRA, §
SHERRY H. GUIDRY, GARY R. GUINAN, §
EDITH S. HADDIX §
, BARBARA A. HADORN, BARBARA §
HALL, KATHY D. HALL, WYVEARN §
HALL, AMANDA J. HANCOCK, DAVID §
W. HANCOCK, RYAN HANEY, ANNIE C. §
HARDMAN, JOHNNY R. HARKLESS, §
WANDA F. HARNESS, DOROTHY L. §
HARR, ROBERT L. HARRELL, SUSAN G. §
HARRELL, ASA W. HARRIS, §
GWENDOLYN L. HARRIS, LEONDRA §
HATHAWAY, GERALD HAWKINS, §
DOROTHY L. HAWLEY, CHARLES T. §
HAYES, ROBERT E. HAYNES, TANIKA §
HAYNES, TOM R. HAZEN, CHRISTINE §
A. HELM, JAMES W. HENDERSON, §
OZZIE L. HENDERSON, BETTY J. §
HENDON, PATRICIA K. HENDRY, §
FREDERICK D. HENSLEY, ALBERTO R. §
HEREDIA, RANDALL HERRON, §
CHRISTINA HESSER, KENNETH T. §
HICKS, PATRICIA A. HIGGINS, §
FREDDIE W. HILL, SHANNON HINKLE, §
VIRGINIA H. HINSON, NORMA J. §
HOGUE, LARRY HOLCOMB, MARY §
HOLLAND, MARTHA HOLLINGER, §
ROBERT L. HOLLOWAY, ANGELA §
HOLMES, JOANNA A. HOLMES, §
GLENDA K. HOOD, DANNY HOPPER, §
NORMAN T. HOSKINSON, DANNY §
HOWARD, HAROLD HOWARD, §
LOWELL R. HOWELL, MARY HUGHES, §
CONNIE HULL, JAMES W. HUNT, §
SAMIKO M. HUNTER, LINDA J. §
HURLEY-REID, SHARON HYDAR, §
KENNETH U. ILEGBODU, DENISE L. §
ILER, WILMA IRVIN, STEPHANIE §
ISAACS, MAY E. ISOM, KAREN IVORY, §
CATHY L. JACKSON, DONALD R. §
JACKSON, FREDDIE N. JACKSON, §
MICHAEL L. JARRETT, DELORES A. §
JENKINS, JAMES JENKINS, SHIRLEY §
JESSUP, CATHERINE I. JOHNSON, §
EMMA L. JOHNSON, MARY JOHNSON, §
MICHAEL V. JOHNSON, SHEILA A. §
JOHNSON, WALTER J. JOHNSON, §
ALEXANDER W. JONES, JAMI JONES, §
LILLIAN N. JONES, MILLICENT M. §
JONES, SHIRLEY JONES, EDGAR B. §
JONES, ROYAL W JORDAN, JUDY F. §

KANARY, GILBERT L. KEITH, KEARIE §
M. KELLEY, SEAN B. KELLY, AMY G. §
KEY, GWENDOLYN K. KIMBLE- §
HAMMOND, ANGEL KINDLE, §
HERBERT E. KINDS, DEBRA F. KING, §
JULIE KING, SHAWNA KINLEY, §
MICHELLE T. KLEIN, ESTHER KNOX, §
CHRISTY KONNICK, MICHAEL KOOP, §
CHARLENE M. KOORY, WILLIAM §
KORKOS, SANDRA D. KOTHE, RONALD §
C. KRAPF, BERNARD KRAUSE, §
TERESA L. KRISTOF, SAMUEL L. §
KYZAR, SANDRA L. LACKEY, LYNN §
A. LANCASTER, PAM L. LANGSTON, §
JOAN A. LANHAM, HARVIE LANIER, §
KAREN LAPOINTE, RICKY §
LATTIMER, MARY L. LAVENDER, §
MARY E. LAVIERI, JAIME LEAL, §
ISIDRO LEAL-PENA, CARRIE LEE, §
SHARON D. LEE, CARLA LEFLORE, §
DOVIE E. LEMASTER, LOUISE R. §
LEMMOND, LISA K. LEWALLEN, §
DONALD LEWIS, JOYCE C. LEWIS, §
ASHLEY LILLARD, LISA V. LILLICO, §
KIMBERLY Y. LINDER, REBECCA F §
LINDER, GERALD J. LINDSEY, LINDA §
LINDSEY, WILLIAM H. LINDSLEY, §
ANGELA M. LOFTON, HOPE M §
LORDITCH, SUSAN V. LOREDO, §
ANTHONY A LOVINCEY, ROBBIE M. §
LUCAS, PENNY MABE, HOLLY L. §
MACKNICKI, JAMES A. MADDIX, §
CYNTHIA H MANDEL, ELIZABETH §
MAPES, STEVEN A. MARCH, §
EARNESTINE MARION, MARIAN A. §
MARKS, ROSE MARSHALL, CANDACE §
W. MARTIN, CHARLES W. MARTIN, §
DENNIS H. MARTIN, TERESA M. §
MARTIN, FRANKLIN MARTINEZ, §
RUBY J. MARTINEZ, SARAH L. §
MARTINEZ, DELIA MARTINEZ, §
JANICE M. MASSEY, WYLMA A §
MATHES, PATRICIA C. MATTIX, §
VERONICA M. MAUK, MICHAEL D. §
MAY, PERRY MAZZONI, CHERYL R. §
MCCLATCHEY, VIVIAN MCCONNELL, §
KAREN L. MCCORMACK, DAVID L. §
MCDANIEL, SUSAN E. MCGINN, §
FREDDIE MCHAN, HILARY M. §
MCHAN, MATTHEW G. MCINTYRE, §
OSTINA MCLAURIN, HELEN C. §
MCLEMORE, MITCHELL D. §
MCMILLAN, PAM MCPHERSON, §

| | |
|---|---|
| FRANKLIN D. MECUM, LEKELIA MELTON, PRISCILLA A. MELTON, CHERYL MELVIN, RANDY M. MERTEN, LILLIE MEYERS, JEROME T. MICELI, CHRISTOPHER J. MIDDLETON, MARILYN R. MILLER, PATRICIA A. MILSON, ESTHER MIRELES, SHEREE L. MOCK, JOHN R. MOORE, KAREN MOORE, LARRY L. MOORE, THELMA S. MOORE, WILLIE G. MOORE, WILLIAM MORGAN, RAYMOND MORRIS, LEOTA M. MORRISON, PAUL E. MOSES, TIMOTHY MULL, ROBERT MULLENS, BRIAN MURPHY, ERNEST D. MURPHY, JULIA MURPHY, REGINA E. MURRAY, ERNEST W. MYERS, GWENDOLYN J. MYRKS, JANET L. NANCE, SHELIA A. NANCE, NORA J. NAVIN, NIESHA NEAL, LINDA M. NELSON, SHARON A. NEWBILL, JAMES A. NEWMAN, KIMBERLY S. NEWSOM, MICHAEL NICHOLS, TROY D. NIELSON, LELA NORTH, MELLANIE NORWOOD, RICHARD A. NOVO, ELIZABETH NUNN, SANDRA M. O'SHAUGHNESSY, BETHANY L. OBERG, EUGENE OLSON, BARBARA OTIS, JAMES D. OWENS, KENNETH J. PACKNETT, DONALD D. PAGE, SANDRA PAGE, CHERYL PARKER, EDWIN G. PATAK, ANGELA PATRICK, LILLIE M. PATRICK, LILA L. PATTEN, JOYCE L. PECK, BARBARA PENTICUFF, CHERYL V. PEOPLES, PETRA A. PEREZ, JANICE L. PERKINS, LUCINDA PERRY, BETTY J. PETERS, LONER M. PETTY, CHANTE R. PHILLIPS, LARRY D. PHILLIPS, MARK A. PICKNEY, JENNIFER PIERCE, BILLY H. PINSON, MICHAEL J. PIPER, WARREN PITTS, JASON POLLACK, SUZANNE E. POLZIN, ALICIA PONDER, JANITH M. POOLE, JANET R. POPE, DEVONE POPLAR, LARRY PORTER, LARRY PORTER, JIMMY E. POTEETE, CLARENCE PRATER, III, JONAH A. PRATHER, KARI M. PRITCHETT, RACHEL E. PUCKETT, TAMMY L RAINS-INMAN, DELMAR RALPHAELSON, FIDEL D. RAMIREZ, JULIA C. RANDLE, RHONDA D. RANDOLPH, VIOLET V. RATLEDGE, REGINALD D. RAY, REBECCA D. RECH, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

6

FRANK REESE, TAMMY E. REESE, §
GWENDOLYN REID, MONTRELL §
REID, JUAN C. REYES, PAULA S. §
REYNOLDS, RAY RICH, BARBARA F. §
RICHARDSON, HELENER RIDDLE, §
BARBARA G. RINGO, KENNETH E. §
RISINGER, MARIO RIZO, PAUL P. §
ROANTREE, DIANA P. ROBERSON, §
BRENDA ROBERTS, LINDA §
ROBINSON, SAMUEL ROBINSON, §
TIMOTHY A. ROBINSON, WILLIAM §
ROBINSON, ELVIRA RODRIGUEZ, §
CHARLOTTE A. ROGERS, DEBRA L. §
ROLAND, YOLANDA ROMAN, NANCY §
ROMINE, CHRIS ROSS, PATRICIA A. §
ROY, GLORIA A. RUIZ, EDDIE W. §
RUSSELL, ORLENZER RUSSELL, ZINA §
Y. SADLER, SHERYL SALMONS, §
MAUREEN B. SANCHEZ, WALTER L. §
SANDERS, MARY J. SAUNDERS, DORIS §
M. SAUTER, GALE SAYLES, PAUL §
SCHMICK, LEE A. SCHOELLMAN, §
THERESA L. SCHULTZ, RAYMOND §
SCHULTZE, JULIE SCRUGGS, MARIE §
H. SELF, KIMBLEY SELLERS, YVETTE §
SELLERS, JAY L. SERAFIN, KIM §
SEYMOUR, BILLY M. SHAMBLIN, §
DARCEY SHARP, DONALD SHAW, §
DONALD SHAW, TRACY SHAW, §
TERRY SHEBEL, GARY SHECKELLS, §
CAROL E. SHILT, TAMMY L. SHIPLEY, §
ROSA M. SHORES, WENDETTA T. §
SHOULDERS, NANCY E SHUPERT, §
CYRUS F. SIDDIQUI, MICHAEL §
SIMMONS, PHILLIP R. SIMPSON, JOY §
C. SIMS, KIMBERLY SIMS, LINDA §
SINCLAIR, REGINALD SISTRUNK, §
MARY E. SIZEMORE, NANCY E. SKOW, §
NADINE SLAYTON, WILLIAM E. §
SLONE, GREGORY SMITH, INGRID J. §
SMITH, JACQUELINE L. SMITH, §
KATHRYN A. SMITH, MARSHA L. §
SMITH, MICHAEL SMITH, SAMUEL H. §
SMITH, VERNA D. SMITH, WALTER §
SMITH, CYNTHIA SMITH-ROBERTS, §
DAVID L. SMOTHERS, CONNIE L. §
SNOW, ROZINA M. SOLOMAN, TIM §
SOMERS, ROBERT SORENSEN, RUBY §
L. SPATES, DEBRA L. SPICER, JULIE §
SPRAGUE, ROGER SPRAGUE, §
MICHAEL SPRAY, LINDA L. STARR, §
SARAH J. STEELE, JODIE L. STEPHENS, §
KENNETH D. STEPHENS, CARL STEPP, §

| | |
|---|---|
| VERLON STILES, BELINDA STONE, | § |
| GLENDA S. STONE, MARK STONE, | § |
| CHRISTY M. STREET, LINDA | § |
| STRICKLAND, TRISH A. STROOPE, | § |
| ROSETTA SUBLETT, JAMES H. | § |
| SUDDARTH, VERSIE L. SULLIVAN, | § |
| SENG SUN, JACKIE SUTTON, | § |
| NORMAN L. SWARINGIM, JANICE Y. | § |
| SYKES, RAY T TANNER, SHELIA | § |
| THARP, RALPH O. THARPE, RUBY | § |
| THAXTON, JAMES E. THOMAS, | § |
| JOSEPH K THOMAS, MARY A. | § |
| THOMAS, TERRY THOMAS, WILLIE J. | § |
| THOMAS, JODI H. THOMAS, JACK W. | § |
| THOMPSON, ANNA M. TICKLE, | § |
| ERNEST G. TILLERY, HORTENSE R. | § |
| TILLERY, SHERYL TILSON, ANTHONY | § |
| TOMLIN, DELORES A. TOOHEY, PAUL | § |
| D. TORIAN, STEPHEN TOTTENHAM, | § |
| CORY L. TRAYLOR, ROBERT L. | § |
| TREON, VINA K. TRUJILLO, WESLEY | § |
| TURNBULL, MARLENE TURNER, | § |
| MARY J. TURNER, NANCY TURNER, | § |
| NICOLE TYLER, DONNA L. | § |
| UNDERWOOD, LINDA J. UNDERWOOD, | § |
| JERRY UPTON, BRIAN K. VALENTINE, | § |
| RACHEL VAN DYKE, WILMA J. | § |
| VANAUKEN, KAREN G. VARNEDORE, | § |
| GUADALUPE O. VASQUEZ, STEPHEN | § |
| VERRAN, ANNESTIVIA R. VICTOR, | § |
| LORENZO VILLAGOMEZ, ANA | § |
| VILLAREAL, FELICIA K. VINCENT, | § |
| JAMES VINCENT, GERALDINE | § |
| VINSON, GARY A. VOILES, STEVEN K. | § |
| VOJTA, ALLEN L. WADE, JANICE A. | § |
| WAGERS, NORMA WAHL, JOY E. | § |
| WALDEN, DONNA L. WALKER, | § |
| ERNESTINE WALKER, JAMES S. | § |
| WALKER, JOHN WALKER, FAY R. | § |
| WALLACE, JO ANITA WALLACE, | § |
| BELINDA J. WALLS, RONALD | § |
| WALTERS, DANNY WARD, FRANCIS A. | § |
| WARD, JUDITH A. WARE, JENNIFER | § |
| WARREN, MAE WASHINGTON, | § |
| BRENDA S. WATERS, CAROLEE R | § |
| WATSON, EARL L. WATSON, ANDREA | § |
| WATTS, SHELIA K. WATTS, TREVA A. | § |
| WEATHERS, TAMI D. WEAVER, | § |
| STEVEN WEBB, WILLIAM D. WEBB, | § |
| ALICE WEBER, RONALD B. WELLS, | § |
| CHEYNEITHEIA WESLEY, JENNIFER | § |
| M. WEST, MARIE C. WESTFIELD, | § |
| JAMES D. WHALIN, BETTY WHITE, | § |

| | |
|---|---|
| JAMES B. WHITE, SHIRLEY L. WHITE, TERESA WHITE, TIFFANY WHITE, ZACKARY WHITE, STEVEN W. WHITEHURST, BRENDA G. WICKWARE, CAROL J. WIDEMAN, TINA R. WILEY, ALLENE E. WILLHITE, ALICE J. WILLIAMS, ALICIA WILLIAMS, CAROL WILLIAMS, GREGORY L. WILLIAMS, KUNIO M. WILLIAMS, MALCOM R. WILLIAMS, ROSA WILLIAMS, GEORGE C. WILLIAMSON, MOLLIE WILLIS, ARIZONA WILSON, CONNIE WILSON, LILLIE WILSON, SHIRLEY A. WILSON, CHARLES D. WINDER, DEBRA WINTERS, ELIZABETH M. WOHRLEY, LARRY WOODLEY, JAMES E. WOODRUFF, LEON WOODS, MAXINE WOODS, WILLIAM J. WOODS, ROSANNE WOODS, TERRY L. WOODY, DEBRA J. WOOLDRIDGE, MICHAEL J. WRIGHT, WAYNE E. WRIGHT, and TONJA M. WYNN,<br>   Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP, KBI SUB INC., ASTRAZENECA AB, ASTRA USA, INC., ASTRAZENECA R&D BOSTON, ASTRAZENECA R&D WILMINGTON, and ASTRAZENECA PLC,<br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs (hereinafter collectively referred to as "Plaintiff" or "Plaintiffs"), complaining of the Defendants listed below, and for cause of action would respectfully show unto the Court and the Jury the following:

### I. INTRODUCTION

1. This is a civil action brought on behalf of Plaintiffs regarding personal injury damages which occurred as a result of Plaintiffs' ingestion of the prescription drug, Seroquel, also known as

9

Quetiapine Fumarate (hereinafter referred to as "Seroquel"). Seroquel was manufactured, marketed, distributed and sold to Plaintiffs by Defendants and/or its representatives.

## II. PARTIES

A. **PLAINTIFFS**

2. Plaintiffs are individuals who currently reside in, and are citizens of, the following U.S. States:

### LIST OF PLAINTIFFS (1-755)

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | Abernathy |  | William | SC |
| 2 | Ables |  | Jacqueline | TN |
| 3 | Adams |  | Audrey | VA |
| 4 | Adams |  | Joan | TX |
| 5 | Adams | C. | Sherry | TN |
| 6 | Adams | Y | Jeanne | OR |
| 7 | Adamson |  | Kathleen | KY |
| 8 | Albanese | P. | Wendy | PA |
| 9 | Alexander |  | Dorothy | TX |
| 10 | Allen | L. | Jefferey | TN |
| 11 | Allen | J | Larry | SC |
| 12 | Allman |  | Peggy | TN |
| 13 | Amendola | M | Joan | VA |
| 14 | Apple |  | Steven | TN |
| 15 | Armstead | M. | Collette | PA |
| 16 | Arnold | A. | Cindy | CA |
| 17 | Arvizu |  | Rita | TX |
| 18 | Atkins |  | Nicole | AR |
| 19 | Austin |  | Kenneth | PA |
| 20 | Bahia | S. | Lovejinder | CA |
| 21 | Bailey | A. | Betty | KY |
| 22 | Baker |  | Brenda | TN |
| 23 | Ballard |  | Beverly | OH |
| 24 | Banda - Vega |  | Manuel | TX |
| 25 | Barnhart |  | Billy | VA |
| 26 | Barnhill | H | Larry | IN |
| 27 | Barrera |  | Gonzalo | CA |
| 28 | Batista | L | Earnistine | TX |
| 29 | Beard |  | Barbara | OR |
| 30 | Beard | A | Marshall | TN |

10

| 31 | Beavers        |    | Calvin    | FL |
|----|----------------|----|-----------|----|
| 32 | Beck           | L. | Terry     | TX |
| 33 | Becker         |    | Kenny     | TX |
| 34 | Belk           |    | Annie     | TN |
| 35 | Bell           |    | Christina | TX |
| 36 | Bell           | M  | Joyce     | MS |
| 37 | Bell           |    | Robin     | IN |
| 38 | Berman         | L. | Daniel    | MN |
| 39 | Berresheim     | A. | William   | TN |
| 40 | Berry          | L. | Barry     | KY |
| 41 | Berry          | T. | Tammy     | TX |
| 42 | Besson         | H. | Elizabeth | CA |
| 43 | Bettiol        |    | Chris     | OR |
| 44 | Bevan          | W. | Paul      | CA |
| 45 | Bierce         | C  | James     | TX |
| 46 | Biles          |    | Leola     | TN |
| 47 | Black          | D. | Kenneth   | KY |
| 48 | Blackburn      | L. | David     | MS |
| 49 | Blaha          | J. | Margaret  | CA |
| 50 | Blair          |    | Carolyn   | AR |
| 51 | Blotsky        |    | Sean      | OR |
| 52 | Bonner         | L. | Anthony   | OH |
| 53 | Booker-Miles   |    | Thelma    | AR |
| 54 | Bowman         |    | Naomia    | TX |
| 55 | Bowman         | A. | Viktoria  | TX |
| 56 | Bragg          | L. | Janet     | WV |
| 57 | Brandt         |    | Victoria  | OR |
| 58 | Brazil         | C  | John      | OR |
| 59 | Breaux         | C. | Joanne    | TX |
| 60 | Briggs         |    | Althea    | WA |
| 61 | Brigham        | L. | Michael   | TX |
| 62 | Broussard      |    | Joann     | TX |
| 63 | Brown          | S. | Eddie     | GA |
| 64 | Brown          | M. | Freddie   | TN |
| 65 | Brown          | M. | Regina    | CA |
| 66 | Brown          | A. | Robert    | TN |
| 67 | Brumley        | M. | Kimberly  | GA |
| 68 | Brummel        | E. | Julie     | OR |
| 69 | Bryant-Resnover| M. | Gloria    | IN |
| 70 | Bundy          |    | Veronica  | IN |
| 71 | Burch          | M. | Angela    | OH |
| 72 | Burger         | P. | James     | TN |
| 73 | Burgess        | E. | Denise    | PA |

| 74 | Burket |  | Melanie | CA |
|---|---|---|---|---|
| 75 | Burkhart | U. | Walter | CA |
| 76 | Burks | R. | Kimberly | OR |
| 77 | Burnette |  | Karen | TX |
| 78 | Burnham |  | Mashell | CT |
| 79 | Burnine | M. | Walter | TN |
| 80 | Burns | J. | Beverly | AL |
| 81 | Burton |  | Roseanne | IN |
| 82 | Bush |  | Derek | TN |
| 83 | Bustillos | D. | Patrick | NM |
| 84 | Cain | R.. | Pamela | NC |
| 85 | Caldwell |  | Bill | AL |
| 86 | Callahan |  | Rita | OR |
| 87 | Callion | D. | Felicia | TN |
| 88 | Camacho | M. | Paulette | CA |
| 89 | Camp | E. | Kathy | GA |
| 90 | Campbell |  | Connie | KY |
| 91 | Campbell | M. | Linda | CA |
| 92 | Campbell | L. | Vera | OR |
| 93 | Campos | L. | Donna | CA |
| 94 | Canales |  | Dianna | TX |
| 95 | Cantrell | E. | Marion | GA |
| 96 | Cardwell | K. | Donna | KY |
| 97 | Carlson | G. | Lila | OR |
| 98 | Carpenter |  | Barbara | NC |
| 99 | Carpenter | D. | Jimmy | NC |
| 100 | Carter | F. | Mary | MS |
| 101 | Carter |  | Sheila | IN |
| 102 | Carty | P. | Inis | KY |
| 103 | Cash | M. | Gloria | OR |
| 104 | Casorla | H. | Kimberly | TX |
| 105 | Cater | R. | Mildred | AL |
| 106 | Cathey |  | Sue | TN |
| 107 | Causey |  | Ella Mae | NM |
| 108 | Cayanan |  | Alfredo | CA |
| 109 | Cennamo | W. | Steven | OR |
| 110 | Chandler | F. | Virginia | KY |
| 111 | Charm |  | Jack | TX |
| 112 | Chastain |  | Connie | GA |
| 113 | Chessor |  | Travis | TN |
| 114 | Chin | S. | Kenneth | CA |
| 115 | Chory |  | William | NM |
| 116 | Clark | R. | Kissryn | TX |

| 117 | Clark | L. | Timothy | TN |
|---|---|---|---|---|
| 118 | Clasberry | E. | James | IL |
| 119 | Clay-Darden | | Donna | IN |
| 120 | Clendenin | | Brian | VA |
| 121 | Cobb | | Aaron | AR |
| 122 | Cohen | | Jacquline | TX |
| 123 | Colacino | T. | Susan | VA |
| 124 | Cole | | Marie | AL |
| 125 | Cole | | Robin | TN |
| 126 | Coleman | E. | Janis | PA |
| 127 | Coleman | | Jeffrey | CA |
| 128 | Coleman | C. | Tony | KY |
| 129 | Collier | | Bernet | TN |
| 130 | Collier | | Eugene | KY |
| 131 | Collins | M. | Alice | NM |
| 132 | Combs | | Pamela | KY |
| 133 | Conley | | Cheryl | OH |
| 134 | Conrad | P. | John | OH |
| 135 | Contreras | R. | Juan | TX |
| 136 | Cook | | Alene | KY |
| 137 | Cook | | Garry | GA |
| 138 | Cook | | Michael | OR |
| 139 | Cook | | Vieneta | IN |
| 140 | Coppage | | Sandra | KY |
| 141 | Covert | J. | Amanda | OH |
| 142 | Craig | A. | Robert | AL |
| 143 | Crick | | Vickie | WA |
| 144 | Crider | K. | Lana | IN |
| 145 | Crowder | K. | John | TX |
| 146 | Crumb | R. | Hodges | LA |
| 147 | Crutchfield | D. | Gary | TN |
| 148 | Cuestas | | Ruth | TX |
| 149 | Cummings | | Herbert | AR |
| 150 | Cunningham | M. | Patricia | TN |
| 151 | Curtis | | Debra | OR |
| 152 | Dabbs | | Earnestine | TN |
| 153 | Darnell | W. | Gary | PA |
| 154 | Davis | F. | Antoinette | WV |
| 155 | Davis | | Jean | IN |
| 156 | Davis | A. | John | PA |
| 157 | Davis | | Lester | TN |
| 158 | Davis | A. | Patricia | MO |
| 159 | Davis | R. | Stefani | KY |

| 160 | Davis |  | Terrell | KY |
|---|---|---|---|---|
| 161 | Davis | R. | Debra | OR |
| 162 | Davison | A. | Elige | GA |
| 163 | Davison | A. | Elizabeth | KY |
| 164 | Dawson | A. | Kerry | TX |
| 165 | Deas-Anderson |  | Rose | SC |
| 166 | DeBord |  | JoAnn | OH |
| 167 | DeFord | A. | Julie | IN |
| 168 | Dellinger | F. | Genilla | TN |
| 169 | Dennis-Simmons |  | Sheila | PA |
| 170 | Dent |  | Nathaniel | WA |
| 171 | Dent | V. | Bonnie | WA |
| 172 | Dice | E. | Ethel | KY |
| 173 | Dickens |  | Clay | TN |
| 174 | Dickerson | I. | Janet | OR |
| 175 | Dickerson |  | Mary | IN |
| 176 | Dillard | J. | Kelly | OK |
| 177 | Dillon |  | Liss | TN |
| 178 | Dino | B. | Charlyn | TN |
| 179 | Diuguid |  | Jeffery | TX |
| 180 | Dobey |  | MaryAnn | TN |
| 181 | Dortch |  | Roberta | CA |
| 182 | Dorwart | V. | Carolyn | VA |
| 183 | Douglas |  | Dae | OR |
| 184 | Dowell | A. | Julia | KY |
| 185 | Duckworth |  | Laura | TX |
| 186 | Dunmire | E. | Maxine | OR |
| 187 | Durdel | L. | Kathy | WA |
| 188 | Durham | L. | Robert | TX |
| 189 | Duvall | E. | Sharon | FL |
| 190 | Dyers | E. | Sui | TX |
| 191 | Eatwell | A. | Richard | OR |
| 192 | Echols | A. | Raymelle | TX |
| 193 | Edens | D. | Hazel | VA |
| 194 | Edwards |  | Annora | TX |
| 195 | Edwards | R. | Doris | KY |
| 196 | Eggers | K. | Tammy | IN |
| 197 | Eggerson |  | Gloria | TN |
| 198 | Ell | B. | Tim | OR |
| 199 | Elliot | L. | Frank | CA |
| 200 | Elliott |  | Billy | TN |
| 201 | Ellison |  | Michael | VA |
| 202 | Embry-Buster | L. | Teressa | KY |

| 203 | England | L. | Lem | TN |
|---|---|---|---|---|
| 204 | English | T. | DeLaurent | KY |
| 205 | English | L. | Joseph | KY |
| 206 | Epps | | Lucille | KY |
| 207 | Eskew | | Karen | CA |
| 208 | Estes | L. | Pearla | TX |
| 209 | Etelamaki | P. | James | OR |
| 210 | Evans-Hatcher | J. | Betty | AL |
| 211 | Everett | | Brad | OR |
| 212 | Exsentico | L. | Derico | OH |
| 213 | Faber | L. | Debbie | IN |
| 214 | Fagg | R. | Sara | TN |
| 215 | Fagin | L. | Barbara | TX |
| 216 | Falcone | M. | Joseph | CA |
| 217 | Fernand | | Dawn | CA |
| 218 | Field | | Barry | KY |
| 219 | Floyd | | Melissa | TN |
| 220 | Fouts | | Sharon | AR |
| 221 | Fraley | K. | Erin | CA |
| 222 | Frankenhauser | | Eric | OR |
| 223 | Frederick | | James | TN |
| 224 | Full | B. | Mary | WV |
| 225 | Fyffe | S. | Connie | KY |
| 226 | Gaffer | | David | OR |
| 227 | Gallagher | | Paula | IN |
| 228 | Gamblin | B. | Jena | KY |
| 229 | Garcia | A. | Jose | TX |
| 230 | Gastelum | | Felicia | TN |
| 231 | Gathright | | Kevin | IL |
| 232 | Geier | M. | Michelle | OR |
| 233 | Gentry | J. | Billy | TN |
| 234 | Gentry | L. | Debra | OR |
| 235 | Gentry | C. | Linda | TN |
| 236 | George | W. | Timothy | TX |
| 237 | Gibson | A. | Debrah | TX |
| 238 | Gibson | M. | Ronald | TN |
| 239 | Gibson | H. | Sandra | WA |
| 240 | Gilbeaux | J. | Arthur | TX |
| 241 | Gilbreath | | Vivian | TN |
| 242 | Gillia | N. | Ashley | TN |
| 243 | Gilliam | D. | Ralph | TN |
| 244 | Gissinger | | Patricia | OH |
| 245 | Gleaves | L. | Andrea | TN |

| 246 | Godfrey-Conner | D. | Lynn | TX |
|---|---|---|---|---|
| 247 | Godinez | C. | David | CA |
| 248 | Godwin | | Norman | AR |
| 249 | Goin | | David | TN |
| 250 | Gonzalez | | Edward | OH |
| 251 | Gonzalez | | Rosalinda | TX |
| 252 | Gooch | N. | Corrie | TN |
| 253 | Good | T. | Rosella | TN |
| 254 | Goolsby | S. | Daniel | TN |
| 255 | Gordacan | L. | Janice | CA |
| 256 | Gowin | R. | Marita | OR |
| 257 | Grabowski | D. | Robin | TN |
| 258 | Grant | | Harold | OR |
| 259 | Grant | C. | Shirley | CA |
| 260 | Gray | C. | Janice | KY |
| 261 | Gray | C. | John | CA |
| 262 | Gray | E. | Marie | NC |
| 263 | Green | J. | Debra | KY |
| 264 | Green | M. | William | AR |
| 265 | Greenwood | | Gregory | IL |
| 266 | Griffin | E. | Ruth | OH |
| 267 | Griffin | C. | Timothy | OR |
| 268 | Groves | J. | Mary | WV |
| 269 | Guerra | C. | Annette | TN |
| 270 | Guidry | H. | Sherry | LA |
| 271 | Guinan | R. | Gary | PA |
| 272 | Haddix | S. | Edith | KY |
| 273 | Hadorn | A. | Barbara | KY |
| 274 | Hall | | Barbara | AR |
| 275 | Hall | D. | Kathy | TN |
| 276 | Hall | | Wyvearn | OK |
| 277 | Hancock | J. | Amanda | KY |
| 278 | Hancock | W. | David | TX |
| 279 | Haney | | Ryan | CA |
| 280 | Hardman | C. | Annie | AL |
| 281 | Harkless | R. | Johnny | TX |
| 282 | Harness | F. | Wanda | TN |
| 283 | Harr | L. | Dorothy | KY |
| 284 | Harrell | L. | Robert | LA |
| 285 | Harrell | G. | Susan | TN |
| 286 | Harris | W. | Asa | TN |
| 287 | Harris | L. | Gwendolyn | TX |
| 288 | Hathaway | | Leondra | KY |

16

| 289 | Hawkins |  | Gerald | IN |
|---|---|---|---|---|
| 290 | Hawley | L. | Dorothy | OR |
| 291 | Hayes | T. | Charles | TX |
| 292 | Haynes | E. | Robert | TN |
| 293 | Haynes |  | Tanika | OH |
| 294 | Hazen | R. | Tom | WA |
| 295 | Helm | A. | Christine | IN |
| 296 | Henderson | W. | James | TN |
| 297 | Henderson | L. | Ozzie | CA |
| 298 | Hendon | J. | Betty | CA |
| 299 | Hendry | K. | Patricia | WA |
| 300 | Hensley | D. | Frederick | MI |
| 301 | Heredia | R. | Alberto | NM |
| 302 | Herron |  | Randall | FL |
| 303 | Hesser |  | Christina | OR |
| 304 | Hicks | T. | Kenneth | TN |
| 305 | Higgins | A. | Patricia | TN |
| 306 | Hill | W. | Freddie | KY |
| 307 | Hinkle |  | Shannon | TN |
| 308 | Hinson | H. | Virginia | NC |
| 309 | Hogue | J. | Norma | OH |
| 310 | Holcomb |  | Larry | OH |
| 311 | Holland |  | Mary | TN |
| 312 | Hollinger |  | Martha | AR |
| 313 | Holloway | L. | Robert | TX |
| 314 | Holmes |  | Angela | MO |
| 315 | Holmes | A. | JoAnna | KY |
| 316 | Hood | K. | Glenda | CA |
| 317 | Hopper |  | Danny | TN |
| 318 | Hoskinson | T. | Norman | KY |
| 319 | Howard |  | Danny | KY |
| 320 | Howard |  | Harold | KY |
| 321 | Howell | R. | Lowell | TX |
| 322 | Hughes |  | Mary | IN |
| 323 | Hull |  | Connie | IN |
| 324 | Hunt | W. | James | TN |
| 325 | Hunter | M. | Samiko | TN |
| 326 | Hurley-Reid | J. | Linda | CA |
| 327 | Hydar |  | Sharon | MO |
| 328 | Ilegbodu | U. | Kenneth | TX |
| 329 | Iler | L. | Denise | TN |
| 330 | Irvin |  | Wilma | IN |
| 331 | Isaacs |  | Stephanie | KY |

| 332 | Isom | E. | May | TN |
|---|---|---|---|---|
| 333 | Ivory | | Karen | GA |
| 334 | Jackson | L. | Cathy | AL |
| 335 | Jackson | R. | Donald | AL |
| 336 | Jackson | N. | Freddie | TX |
| 337 | Jarrett | L. | Michael | TN |
| 338 | Jenkins | A. | Delores | IN |
| 339 | Jenkins | | James | TN |
| 340 | Jessup | | Shirley | MS |
| 341 | Johnson | I. | Catherine | TN |
| 342 | Johnson | L. | Emma | OK |
| 343 | Johnson | | Mary | TN |
| 344 | Johnson | V. | Michael | TN |
| 345 | Johnson | A. | Sheila | KY |
| 346 | Johnson | J. | Walter | MI |
| 347 | Jones | W. | Alexander | PA |
| 348 | Jones | | Jami | IN |
| 349 | Jones | N. | Lillian | KY |
| 350 | Jones | M. | Millicent | OH |
| 351 | Jones | | Shirley | TX |
| 352 | Jones | B. | Edgar | CA |
| 353 | Jordan | W | Royal | TN |
| 354 | Kanary | F. | Judy | TX |
| 355 | Keith | L. | Gilbert | TN |
| 356 | Kelley | M. | Kearie | AL |
| 357 | Kelly | B. | Sean | TX |
| 358 | Key | G. | Amy | TN |
| 359 | Kimble-Hammond | K. | Gwendolyn | TX |
| 360 | Kindle | | Angel | IN |
| 361 | Kinds | E. | Herbert | OH |
| 362 | King | F. | Debra | TX |
| 363 | King | | Julie | OR |
| 364 | Kinley | | Shawna | OR |
| 365 | Klein | T. | Michelle | TX |
| 366 | Knox | | Esther | OH |
| 367 | Konnick | | Christy | TN |
| 368 | Koop | | Michael | OR |
| 369 | Koory | M. | Charlene | TN |
| 370 | Korkos | | William | IN |
| 371 | Kothe | D. | Sandra | OR |
| 372 | Krapf | C. | Ronald | CA |
| 373 | Krause | | Bernard | OR |
| 374 | Kristof | L. | Teresa | TX |

| 375 | Kyzar | L. | Samuel | TX |
|---|---|---|---|---|
| 376 | Lackey | L. | Sandra | TN |
| 377 | Lancaster | A. | Lynn | IN |
| 378 | Langston | L. | Pam | WA |
| 379 | Lanham | A. | Joan | OR |
| 380 | Lanier | | Harvie | NC |
| 381 | LaPointe | | Karen | OR |
| 382 | Lattimer | | Ricky | ID |
| 383 | Lavender | L. | Mary | TX |
| 384 | Lavieri | E. | Mary | CA |
| 385 | Leal | | Jaime | TX |
| 386 | Leal-Pena | | Isidro | CA |
| 387 | Lee | | Carrie | TN |
| 388 | Lee | D. | Sharon | TX |
| 389 | LeFlore | | Carla | OR |
| 390 | LeMaster | E. | Dovie | KY |
| 391 | Lemmond | R. | Louise | TX |
| 392 | Lewallen | K. | Lisa | TN |
| 393 | Lewis | | Donald | AL |
| 394 | Lewis | C. | Joyce | TX |
| 395 | Lillard | | Ashley | IN |
| 396 | Lillico | V. | Lisa | OR |
| 397 | Linder | Y. | Kimberly | CA |
| 398 | Linder | F | Rebecca | KY |
| 399 | Lindsey | J. | Gerald | TX |
| 400 | Lindsey | | Linda | LA |
| 401 | Lindsley | H. | William | TN |
| 402 | Lofton | M. | Angela | TX |
| 403 | Lorditch | M | Hope | FL |
| 404 | Loredo | V. | Susan | TX |
| 405 | Lovincey | A | Anthony | OR |
| 406 | Lucas | M. | Robbie | TN |
| 407 | Mabe | | Penny | TN |
| 408 | Macknicki | L. | Holly | OR |
| 409 | Maddix | A. | James | KY |
| 410 | Mandel | H | Cynthia | IL |
| 411 | Mapes | | Elizabeth | OR |
| 412 | March | A. | Steven | IN |
| 413 | Marion | | Earnestine | MS |
| 414 | Marks | A. | Marian | TN |
| 415 | Marshall | | Rose | OH |
| 416 | Martin | W. | Candace | IN |
| 417 | Martin | W. | Charles | TN |

| 418 | Martin | H. | Dennis | CA |
|---|---|---|---|---|
| 419 | Martin | M. | Teresa | TN |
| 420 | Martinez | | Franklin | OR |
| 421 | Martinez | J. | Ruby | TX |
| 422 | Martinez | L. | Sarah | TX |
| 423 | Martinez | | Delia | TX |
| 424 | Massey | M. | Janice | WA |
| 425 | Mathes | A | Wylma | TN |
| 426 | Mattix | C. | Patricia | TX |
| 427 | Mauk | M. | Veronica | IN |
| 428 | May | D. | Michael | CA |
| 429 | Mazzoni | | Perry | OR |
| 430 | McClatchey | R. | Cheryl | OR |
| 431 | McConnell | | Vivian | IN |
| 432 | McCormack | L. | Karen | IN |
| 433 | McDaniel | L. | David | OR |
| 434 | McGinn | E. | Susan | NC |
| 435 | McHan | | Freddie | GA |
| 436 | McHan | M. | Hilary | GA |
| 437 | McIntyre | G. | Matthew | OR |
| 438 | McLaurin | | Ostina | RI |
| 439 | McLemore | C. | Helen | TX |
| 440 | McMillan | D. | Mitchell | KY |
| 441 | McPherson | | Pam | OR |
| 442 | Mecum | D. | Franklin | IL |
| 443 | Melton | | Lekelia | GA |
| 444 | Melton | A. | Priscilla | TN |
| 445 | Melvin | | Cheryl | IN |
| 446 | Merten | M. | Randy | WI |
| 447 | Meyers | | Lillie | |
| 448 | Miceli | T. | Jerome | TX |
| 449 | Middleton | J. | Christopher | TX |
| 450 | Miller | R. | Marilyn | CA |
| 451 | Milson | A. | Patricia | TX |
| 452 | Mireles | | Esther | CA |
| 453 | Mock | L. | Sheree | TX |
| 454 | Moore | R. | John | IN |
| 455 | Moore | | Karen | TX |
| 456 | Moore | L. | Larry | TN |
| 457 | Moore | S. | Thelma | AL |
| 458 | Moore | G. | Willie | TN |
| 459 | Morgan | | William | GA |
| 460 | Morris | | Raymond | CA |